IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRA PERKINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODYEAR TIRE AND RUBBER COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 22-1521<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT ORDER**

AND NOW, this 13th day of January, 2025, the Court having granted Defendant Goodyear Tire and Rubber Company's motion to dismiss this case for lack of personal jurisdiction (Docket No. 17) by separate Memorandum Opinion and Order on this date,

IT IS HEREBY ORDERED that final judgment of this Court is entered against Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*s/ W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf:  All counsel of record